IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROGER A. WALDRON, JR., #14476-171                                      PETITIONER

VERSUS                                   CIVIL ACTION NO. 5:09-cv-4-DCB-MTP

BRUCE PEARSON, Warden                                                   RESPONDENT

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

This the   19th   day of November, 2009.

                                              s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE